UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § § § | CIVIL NO. 4:20-CV-737-SDJ |
| SEBASTIAN SILEA, ET AL. | | |

**FINAL JUDGMENT AS TO DEFENDANT SEBASTIAN SILEA**

The U.S. Securities and Exchange Commission having filed a Complaint and Defendant Sebastian Silea having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; and consented to the judgment as to him entered on March 24, 2022, ordering certain injunctive and monetary relief, (Dkt. #90), which is incorporated herein by reference;

**I.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant is permanently enjoined from, directly or indirectly, including but not limited to, through any entity owned or controlled by Defendant, participating in the issuance, purchase, offer, or sale of any security; provided, however, that such injunction shall not prevent Defendant from purchasing or selling securities for his own personal account.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's agents, servants, employees, and attorneys; and

(b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**So ORDERED and SIGNED this 28th day of June, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE